Charles R. Messer (SBN: 101094)
MesserC@cmtlaw.com
David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**Carlson & Messer LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendant*
*HOVG, LLC dba Bay Area Credit Service*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALDINE ONG**, on behalf of herself, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>**HOVG, LLC dba BAY AREA CREDIT SERVICE**, a Nevada limited liability company,<br><br>　　　　　　Defendant. | Case no. 3:14-cv-01334-WQH-BLM<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

　　**PLEASE TAKE NOTICE** that Defendant **HOVG, LLC dba Bay Area Credit Service** and Plaintiff **Geraldine Ong** have agreed to settle the above-entitled matter on an individual basis.  The parties anticipate that they will finalize the settlement and file a request to dismiss Defendant with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than 60 days from

{00034712;1}

the date of this Notice.  The parties request that the Court take off calendar all future hearing dates in this matter.

Dated July 15, 2015,                    **Law Offices of Ronald A. Marron**

/s/ Ronald A. Marron
Ronald A. Marron
Alexis Wood
Kas Gallucci

*Attorneys for Plaintiff*
*Geraldine Ong*

Dated July 15, 2015,                    **Law Offices of Daniel G. Shay**

/s/Daniel G. Shay
Daniel G. Shay

*Attorneys for Plaintiff*
*Geraldine Ong*

Dated July 15, 2015,                    **Carlson & Messer LLP**

/s/ Keith A. Yeomans
Charles R. Messer
David J. Kaminski
Keith A. Yeomans

*Attorneys for Defendant*
*HOVG, LLC dba Bay Area Credit Service*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ronald A. Marron and Daniel G. Shay, counsel for Plaintiff, and that I have obtained their authorization to affix their electronic signatures to this document.

Dated: July 15, 2015            **Carlson & Messer LLP**

/s/ Keith A. Yeomans
Keith A. Yeomans

*Attorneys for Defendant*
*HOVG, LLC dba Bay Area Credit Service*

## CERTIFICATE OF SERVICE

I hereby certify that on this **15th** of **July 2015**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was served via the U.S. District Court ECF system on the following e-mail(s):

ron@consumersadvocates.com

DanielShay@TCPAFDCPA.com

kas@consumersadvocates.com

alexis@consumersadvocates.com

/s/ Keith A. Yeomans
Keith A. Yeomans