# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALDINE ONG**, on behalf of herself, and all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>**HOVG, LLC dba BAY AREA CREDIT SERVICE**, a Nevada limited liability company,<br><br>      Defendant. | Case no. 3:14-cv-01334-WQH-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

The Court has reviewed the Joint Motion to Dismiss of Plaintiff GERALDINE ONG and Defendant HOVG, LLC dba Bay Area Credit Service. Good cause appearing, the Court grants the parties' Joint Motion to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:  September 16, 2015

                *William Q. Hayes*
                Hon. William Q. Hayes
                United States District Judge

{Ong - Draft Order re Dismissal;1}